IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUDY BUTCH STANKO, and similarly situated tax payers in Sheridan county; and NEBRASKA BEEF PACKERS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDI BOSSELMAN, individually and in her official capacity as an officer of Bosselman Pump & Pantry, Inc.; SMITH, KING, AND SIMMONS, P.C., JAMINE SIMMONS, individually and in her official capacity as a county attorney and also as a private lawyer in officer of the Smith, King, and Simmons law firm, kna King, Simmons and Conn (KSC); AARON CONN, individually and in his official capacity as a deputy county attorney and as a private lawyer in the named law firm or office; JAMES MCCAVE, individually and in his official capacity as a deputy county attorney and as a private lawyer in the law office or firm representing the Town of Hay Springs, etc.; STATE OF NEBRASKA, Sheridan County Attorney's Office c/o Attorney General; OFFICE OF SHERIDAN COUNTY COMMISSIONERS, LOREN PAUL, individually and in his official capacity as a Sheridan County commissioner; JACK ANDERSON, individually and in his official capacity as a Sheridan County commissioner; JAMES KROTZ, individually and in his official capacity as a Sheridan County commissioner; and CLAY HEATH, individually and in his official capacity as a policeman for the City of Gordon;<br><br>Defendants. | 8:17CV3151<br><br>**ORDER** |

This matter is before the Court on plaintiff Rudy Butch Stanko's motion for extension of time to file a response, Filing No. 23. Plaintiff does not specify to which document(s) he intends to file a response. The Court notes there are five pending motions to dismiss, Filing Nos. 9, 13, 14, and 16. Motions 13 and 14 were filed in the District Court of Sheridan County and subsequently filed in this Court pursuant to the order of Magistrate Judge Zwart. *See* Filing No. 12. The plaintiff has not filed a response in this Court to any of the motions.

The motion to dismiss, Filing No. 16, filed by defendant Brandi Bosselman was filed December 13, 2017 with a response due date of January 3, 2018. In the current motion for extension of time to file a response, Filing No. 23, plaintiff requests "an extension of thirty days or Feb. 1, 2018 to file his response." The Court construes plaintiff's motion as only applying to defendant Bosselman's motion to dismiss. The motion will be granted.

IT IS ORDERED THAT:

1. Plaintiff Rudy Butch Stanko's motion for extension of time to file a response, Filing No. 23, is granted.

2. Plaintiff shall have until on or before February 5, 2018 to file a response to defendant Bosselman's motion to dismiss.

Dated this 22nd day of January, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge