IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUDY BUTCH STANKO, and similarly situated tax payers in Sheridan county; and NEBRASKA BEEF PACKERS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDI BOSSELMAN, individually and in her official capacity as an officer of Bosselman Pump & Pantry, Inc.; SMITH, KING, AND SIMMONS, P.C., JAMINE SIMMONS, individually and in her official capacity as a county attorney and also as a private lawyer in officer of the Smith, King, and Simmons law firm, kna King, Simmons and Conn (KSC); AARON CONN, individually and in his official capacity as a deputy county attorney and as a private lawyer in the named law firm or office; JAMES MCCAVE, individually and in his official capacity as a deputy county attorney and as a private lawyer in the law office or firm representing the Town of Hay Springs, etc.; STATE OF NEBRASKA, Sheridan County Attorney's Office c/o Attorney General; OFFICE OF SHERIDAN COUNTY COMMISSIONERS; LOREN PAUL, individually and in his official capacity as a Sheridan County commissioner; JACK ANDERSON, individually and in his official capacity as a Sheridan County commissioner; JAMES KROTZ, individually and in his official capacity as a Sheridan County commissioner; and CLAY HEATH, individually and in his official capacity as a policeman for the City of Gordon;<br><br>Defendants. | 8:17CV3151<br><br>**JUDGMENT** |

This matter is before the Court following the opinion and judgment of the Eighth Circuit Court of Appeals, Filing Nos. 36, 37 and 38, affirming this Court's decision to dismiss this case, Filing Nos. 29 and 30.  Accordingly, this case is dismissed, and the Clerk of Court is ordered to close the case.

SO ORDERED.

Dated this 22nd day of February, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge